UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
GOOD TRUBBLE LLC,

                Plaintiff,

-against-

VO THUY,

                Defendant.
------------------------------------------------------------X

24 Civ. 8431 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Endorsement issued on June 13, 2025, directed the parties to file the materials described at Dkt. No. 8 by September 9, 2025, or, in the alternative, directed Plaintiff to file a status letter on service by September 9, 2025.

WHEREAS, neither the materials described at Dkt. No. 8 nor a status letter were filed by September 9, 2025.

WHEREAS, Defendant has not yet appeared. It is hereby

**ORDERED** that, by **September 12, 2025**, Plaintiff shall file the late status letter on service and provide an update on the case -- including any proposed next steps. It is further

**ORDERED** that the initial conference currently scheduled for September 16, at 3:30 pm, is **ADJOURNED** to **sine die**, pending Plaintiff's status letter.

Dated: September 10, 2025
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE